

# NUMBER 13-21-00201-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE TARUNKUMAR "RAVI" MURJANI
## AND MURJANI INVESTMENT GROUP, LLC

### On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

On June 24, 2021, relators Tarunkumar "Ravi" Murjani and Murjani Investment Group, LLC filed a petition for writ of mandamus and a motion for emergency temporary relief in this cause. Through this original proceeding, relators seek to compel the trial court to vacate its June 4, 2021, order compelling relators to produce discovery in trial court cause number P-36,766-A in the Probate Court of Hidalgo County, Texas. Relators assert that the trial court abused its discretion and acted without plenary power and the requisite

jurisdiction when (1) it issued a discovery order compelling relators' "extensive" production of documents; (2) the discovery order was inconsistent with a final agreed order, which rendered the documents sought irrelevant; (3) the document production "served no other purpose but to facilitate one party's improper and untimely efforts to contest the relief afforded through the final agreed order"; and (4) the discovery order compelled the production of documents "that had no relevance to the solely pleaded claim for declaratory judgment." By motion for emergency temporary relief, relators seek to stay enforcement of this order. Real parties in interest Raju Murjani, individually, and Sunder Murjani, individually and as independent executor of the estate of Lal Rewachand Murjani, deceased, have filed a "Joint Response to Motions for Temporary Relief" through which they oppose relator's request for temporary relief in this proceeding and in the companion case filed separately in our appellate cause number 13-21-00200-CV.

The Court, having examined and fully considered the motion for emergency temporary relief and the joint response thereto, is of the opinion that the motion for emergency temporary relief should be granted. Accordingly, we grant the relators' motion for emergency temporary relief, and we order the trial court's order of June 4, 2021, to be stayed pending resolution of this original proceeding. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Raju Murjani and Sunder Murjani, and Anjali Murjani Jhangiani, Tanuja Moorjani, and Rajesh Jhangiani, or any others whose interest would be directly affected by the relief sought, including Sunder

2

Murjani in his capacity as independent executor of the estate of Lal Rewachand Murjani, deceased, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
25th day of June, 2021.